1  COREY EVANS, CA Bar No. 218789
   EVANS & PAGE
2  One Market Street
3  Spear Tower, Suite 3600
   San Francisco, C.A. 94105
4  (415) 293-8592 (phone)
   (415) 358-5855 (fax)
5
6  KATHERINE A. MEYER, D.C. Bar No. 244301
   TANYA SANERIB, D.C. Bar No. 473506
7  MEYER GLITZENSTEIN & CRYSTAL
   1601 Connecticut Ave. N.W., Suite 700
8  Washington, D.C. 20009
   (202) 588.5206 (phone)
9  (202) 588.5049 (fax)
10
11 *Attorneys for plaintiffs Rebecca Cary, Debbie Boban, Misti Schmidt, Marcia Slackman, The
   Humane Society of the United States, Defenders of Wildlife, Kimya Institute, and Born Free USA*
12
13            **UNITED STATES DISTRICT COURT**
14       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 **REBECCA ANN CARY, et al.,**           )
16            **Plaintiffs,**               )
                                            )
17        **v.**                            )   **Case No. C 05-4363 (VRW)**
                                            )
18 **DALE HALL, et al.,**                   )
                                            )
19                                          )   **Plaintiffs' Statement Of Nonopposition To The**
20                                          )   **Motion To Intervene By Safari Club**
                                            )   **International, et al.**
21            **Defendants,**               )
                                            )
22        **and**                           )   Hearing Date: February 23, 2006
23 **SAFARI CLUB, et al.,**                 )   Time:        2:00 PM
                                            )   Courtroom 6
24                                          )
25            **Applicants for**            )
              **Intervention.**            )
26 _____ )

27

28

A motion to intervene in this case has been filed by Safari Club International, Safari Club International Foundation, and the Exotic Wildlife Association.  Although plaintiffs do not believe that the proposed intervenors are entitled to intervene as of right, particularly because their interests in this lawsuit are already adequately represented by the federal government defendants, see Fed. R. Civ .P. 24(a), plaintiffs have no objection to these entities participating as permissive intervenors in this case, as long as they abide by all of the schedules set by the Court, and their participation does not unduly delay this proceeding.

Thus, for example, the government has already filed a motion to dismiss this case on standing grounds, plaintiffs' response to that motion is currently due on February 2, the government's reply memorandum is due on February 9, and the Court has scheduled oral argument on the motion for February 23, 2006.  Accordingly, while plaintiffs certainly do not oppose the proposed intervenors being heard on the government's motion on February 23, or even their right to file a reply brief on the same day that the government's reply is due, plaintiffs would object to the proposed intervenors filing their own opening brief on the standing issues raised by the government, since this would require plaintiffs to change course at this juncture and either rewrite the brief that is now due on February 2 or respond to two different briefs on this issue, and this in turn would also significantly delay the schedule that the Court has set for deciding the government's motion.  Indeed, because, as required by Federal Rules of Civil Procedure and the law of this Circuit, see, e.g., Fed. R. Civ. Pro. 24(c); Diamond v. Charles, 476 U.S. 54, 77 (1986) (O'Connor, J., concurring); Beckman Industries, Inc. v. International Ins. Co., 966 F.2d 470, 473 (9th Cir. 1992), the proposed intervenors have already filed a proposed

STATEMENT ON INTERVENTION

EVANS & PAGE
1 Market St., Spear Tower, S. 3600
San Francisco, C.A. 94105

-2-

1   Answer, they are foreclosed from filing their own motion to dismiss this case on any grounds at

2   this point.[1]

3       Therefore, plaintiffs respectfully request that if the Court grants intervention, it make

4   clear that the intervenors must abide by the current schedule that applies to the resolution of the

5   government's motion to dismiss, and not otherwise delay this proceeding.  See Fed. R. Civ. P. 24

6   Advisory Committee Note (1966) (observing that intervention "may be subject to appropriate

7   conditions or restrictions responsive among other things to the requirements of efficient conduct

8   of the proceedings"); Forest Conservation Council v. United States Forest Service, 66 F.3d 1489,

9

10  1499 (9th Cir. 1995) (granting limited intervention with conditions).

11

12                                                  Respectfully submitted,

13

14                                                  _____/s/_____

15                                                  KATHERINE A. MEYER
                                                    (D.C. Bar No. 244301)
16                                                  TANYA SANERIB
                                                    (D.C. Bar No. 473506)
17                                                  MEYER GLITZENSTEIN & CRYSTAL
                                                    1601 Connecticut Ave., N.W.
18                                                  Suite 700
                                                    Washington, D.C.  20009
19                                                  (202) 588.5206
                                                    Appearance pro hac vice
20

21  _____

22      [1]Of course, should the proposed intervenors' reply brief raise new issues that were not
    raised in the government's opening brief, plaintiffs would seek leave to file a sur reply brief
23  before the February 23 hearing on this matter.  See El Pollo Loco, Inc. v. Hashim, 316 F.3d 1032,
    1041 (9th Cir. 2003) (relying on Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996) for the
24  proposition that a "district court may consider new evidence presented in a reply brief if the
    district court gives the adverse party an opportunity to respond"); Williams v. Bowman, 157 F.
25  Supp.2d 1103, 1105 (N.D. Cal. 2001) (applying this rule to a motion to dismiss).

26                                                  EVANS & PAGE

27  STATEMENT ON INTERVENTION                       1 Market St., Spear Tower, S. 3600
                                                    San Francisco, C.A. 94105
28                          -3-

1

2                                                    COREY EVANS
                                                     (CA Bar No. 218789)
3                                                    One Market Street
                                                     Spear Tower
4                                                    Suite 3600
                                                     San Francisco, C.A. 94105
5                                                    (415) 293.8592

6

7    Dated:  January 18, 2006

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                   EVANS & PAGE
27   STATEMENT ON INTERVENTION                       1 Market St., Spear Tower, S. 3600
                                                     San Francisco, C.A. 94105
28                                    -4-

1

## <u>CERTIFICATE OF SERVICE</u>

2

I certify, pursuant to 28 U.S.C. § 1746, that copies of plaintiffs' Statement in Response to

3

Safari Club, <u>et al</u>.'s, motion to intervene will be provided by facsimile and First Class Mail, this

4

18th day of January, 2006 to counsel for the Applicants for Intervention:

5

6

7

J. Jeffries Goodwin

2300 Bell Executive Lane

8

Sacramento, CA 95825

9

(916) 929.5137 (facsimile)

10

Anna Seidman

501 2nd Street NE

11

Washington, D.C. 20002

12

(202) 543.1205 (facsimile)

13

14

Respectfully submitted,

15

16

_____/s/_____

17

Tanya Sanerib

Meyer Glitzenstein & Crystal

18

1601 Connecticut Ave., N.W., Suite 700

Washington, D.C. 20009

19

(202) 588-5206

20

Dated: January 18, 2005

Attorney for plaintiffs

21

Appearance *pro hac vice*

22

23

24

25

26

E<small>VANS</small> & P<small>AGE</small>

27

STATEMENT ON INTERVENTION

1 Market St., Spear Tower, S. 3600

San Francisco, C.A. 94105

28

-5-